UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 08CR605 |
| vs. | ) |
| | ) Magistrate Judge Cox |
| MELVIN BIBBIE and | ) |
| ROBERT EAST | ) |

FILED
7-30-08
JUL 3 0 2008
MAGISTRATE JUDGE SUSAN E. COX
UNITED STATES DISTRICT COURT

## EX PARTE MOTION TO SEAL COMPLAINT AND AFFIDAVIT

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, hereby moves this Court to seal the Criminal Complaint and Affidavit and this motion to seal and proposed order for 30 days, through and including August 30, 2008, or until further order of the Court. The government requests, however, that law enforcement officials be able to enter the arrest warrant into appropriate law enforcement data bases in order to assist in the arrest of the defendants. As grounds for the motion, the government states that disclosure of these materials could seriously jeopardize an ongoing criminal investigation and may prevent a defendant from cooperating if the defendant chooses to cooperate with law enforcement authorities.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: /s/ Marny M. Zimmer
MARNY ZIMMER
Assistant United States Attorney
United States Attorney's Office
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5349