## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Susan E. Cox | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 605 - 2 | **DATE** | 7/30/2008 |
| **CASE TITLE** | USA vs. Robert East | | |

**DOCKET ENTRY TEXT**

Government's Ex Parte Motion to Seal Complaint and Affidavit until 8/30/08, or until further order of the Court is granted.

■ [ For further detail see separate order(s).]

| | Courtroom Deputy Initials: | VKD |
|---|---|---|