

F I L E D
8-20-08
AUG 2 0 2008
NF

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 08 CR 605 |
| v. ) | |
| ) | Violations: Title 21, United States Code, |
| MELVIN BIBBIE and ) | Sections 841(a)(1) and 846 and Title 18, |
| ROBERT EAST ) | United States Code, Section 2 |
| also known as "Grimy" ) | |

JUDGE JOAN H. LEFKOW

### COUNT ONE

MAGISTRATE JUDGE COX

The SPECIAL MARCH 2007 GRAND JURY charges:

On or about April 9, 2008, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

MELVIN BIBBIE and
ROBERT EAST, aka "Grimy,"

defendants herein, conspired with each other, to knowingly and intentionally possess with intent to distribute and distribute a controlled substance, namely, in excess of 50 grams or more of mixtures containing cocaine base in the form of crack cocaine, a Schedule II Narcotic Drug Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1);

All in violation of Title 21, United States Code, Section 846.

## **COUNT TWO**

The SPECIAL MARCH 2007 GRAND JURY charges:

On or about April 9, 2008, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

> MELVIN BIBBIE and
> ROBERT EAST
> also known as "Grimy"

defendants herein, did knowingly and intentionally distribute a controlled substance, namely, 50 grams or more of mixtures containing cocaine base in the form of crack cocaine, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT THREE

The SPECIAL MARCH 2007 GRAND JURY further charges:

On or about April 25, 2008, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

MELVIN BIBBIE

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, 50 grams or more of mixtures containing cocaine base in the form of crack cocaine, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY