

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints?

   NO ☐   YES ☒   If the answer is "Yes", list the case number and title of the earliest filed complaint.

   *08CR605, U.S. v. Melvin Bibbie and Robert East, Cox*

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?

   NO ☒   YES ☐   If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this a re-filing of a previously dismissed indictment or information?   NO ☒   YES ☐

   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?

   NO ☒   YES ☐   If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?   NO ☒   YES ☐

6) What level of offense is this indictment or information?   FELONY ☒   MISDEMEANOR ☐

7) **Does this indictment or information involve eight or more defendants?**   NO ☒   YES ☐

8) Does this indictment or information include a conspiracy count?   NO ☒   YES ☐

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

   ☐ Homicide .............. (II)         ☐ Income Tax Fraud .......... (II)        ☐ DAPCA Controlled Substances .... (III)
   ☐ Criminal Antitrust (II)              ☐ Postal Fraud ............... (II)       ☐ Miscellaneous General Offenses ..... (IV)
   ☐ Bank robbery ........... (II)        ☐ Other Fraud ................ (III)      ☐ Immigration Laws ............... (IV)
   ☐ Post Office Robbery ..... (II)       ☐ Auto Theft ................. (IV)       ☐ Liquor, Internal Revenue Laws ..... (IV)
   ☐ Other Robbery .......... (II)        ☐ Transporting Forged Securities .. (III) ☐ Food & Drug Laws .............. (IV)
   ☐ Assault ................ (III)       ☐ Forgery .................... (III)      ☐ Motor Carrier Act .............. (IV)
   ☐ Burglary ............... (IV)        ☐ Counterfeiting ............. (III)      ☐ Selective Service Act .......... (IV)
   ☐ Larceny and Theft ...... (IV)        ☐ Sex Offenses ............... (II)       ☐ Obscene Mail .................. (III)
   ☐ Postal Embezzlement .... (IV)        ☐ DAPCA Marijuana ............ (III)      ☐ Other Federal Statutes ......... (III)
   ☐ Other Embezzlement .... (III)        ☒ DAPCA Narcotics ............ (III)      ☐ Transfer of Probation Jurisdiction .. (V)

10) List the statute of each of the offenses charged in the indictment or information.

    18, USC, § 2
    21, USC, § 841(a)(1)
    18, USC, § 846

    *Marny Zimmer*
    MARNY ZIMMER
    Assistant United States Attorney

(Revised 12/99)